

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2018

No. 04-18-00014-CV

Virginia **BRETADO**,
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On January 29, 2018, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). "[A]ny plausible statement of circumstances indicating that failure to file . . . was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance, [would] be accepted as a reasonable explanation." *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (alterations in original); *see also Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.). "This liberal standard of review encompasses the negligence of counsel as a reasonable explanation for the necessity of an extension." *Garcia*, 774 S.W.2d at 670. "Thus, the proper focus . . . is on a lack of deliberate or intentional failure to comply." *Id.* "Any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance—even if that conduct can also be characterized as professional negligence." *Id.* Appellant timely responded to our order and provided a reasonable explanation. We, therefore, GRANT the motion for extension of time to file the notice of appeal and ORDER this appeal retained on the court's docket.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court